IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTONIO LYNN FLUKER, | : |
| Plaintiff | : |
| v. | : 3:25-CV-1833 |
| | : (JUDGE MARIANI) |
| EXPERIAN INFORMATION SOLUTIONS, et al., | : |
| Defendants | : |

## ORDER

AND NOW, THIS _10th_ DAY OF NOVEMBER, 2025, upon review of Magistrate Judge Daryl Bloom's Report and Recommendation ("R&R") (Doc. 4) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 4) is **ADOPTED** as set forth herein.

2. Plaintiff's Application to Procced in District Court Without Prepaying Fees or Costs (Doc. 2) is **GRANTED**.

3. Plaintiff's claim, set forth in his original Complaint, alleging a violation of 15 U.S.C. § 1681e(b) is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to file an Amended Complaint.

4. As Plaintiff submitted an Amended Complaint on October 28, 2025 to attempt to remedy the defects in the original Complaint identified by Judge Bloom, the Court deems an Amended Complaint (Doc. 5) to have been filed.

5. The above-captioned action is **REMANDED** to Magistrate Judge Bloom for further proceedings consistent with this Order.

*[signature]*

Robert D. Mariani
United States District Judge